# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RANDY J.M., <br>    Plaintiff, <br><br> v. <br><br> NACY BERRYHILL, Acting <br> Commissioner of Social Security <br>    Defendant. | C.A. No. 18-175-JJM-LDA |

## ORDER

The Administrative Law Judge ("ALJ") concluded that Randy J.M. ("Randy") was not disabled because he could perform unskilled work available in the economy. Randy filed a Motion to Reverse (ECF No. 10), the Commissioner filed a Motion to Affirm (ECF No. 13), and Randy filed a Reply. ECF No. 14. The Magistrate Judge filed a Report and Recommendation ("R&R") (ECF No. 15) recommending that the Court affirm the Commissioner's finding that Randy was not disabled. Randy objected to the R&R (ECF No. 17) and the Commissioner replied. ECF No. 19. This Court has conducted a de novo review of the motions and the entire record, as well as Randy's objection to the R&R and the Commissioner responds to the objection.

For the reasons stated in the R&R, the Court GRANTS the Motion to Affirm (ECF No. 13) and DENIES the Motion to Reverse. ECF No. 10. As to Randy's objections to the R&R, the Court finds that the ALJ's Residual Function Capacity determination and evaluation of Randy's symptoms is supported by the substantial weight of the evidence.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

May 31, 2019